THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS B. SAMUELS, Appellant, against MILTON O. BAILEY, as Sheriff of Greene County, Defendant. AUGUSTA SAMUELS, Respondent.

Argued April 6, 1949; decided April 20, 1949.

*Samuel Gottlieb* and *Emanuel Baetich* for appellant.

*Charles Rothenberg* and *Milton Koss* for respondent.

Order affirmed, without costs; no opinion.   [See 299 N. Y. 723.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.